JORDAN K. LAUB. ESQ.
Nevada Bar No. 15767
LAW OFFICES OF JORDAN K. LAUB, PLLC
31 Hwy 50. Ste. 202
Stateline. NV 89449
Mailing: P.O. Box 1801
Minden. NV 89423
Telephone: (775) 291-7100
Email: jordanklaub@gmail.com
Attorney for Plaintiff
SS MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SS MANAGEMENT, LLC; DOES AND ROES CORPORATION 1-100<br><br>Plaintiff(s),<br><br>vs.<br><br>DOUGALS County, a political subdivision of the State of Nevada; COMMISSIONER WESLEY RICE, in his individual and official capacity; COMMISSIONER MARK GARDNER, in his individual and official capacity; COMMISSIONER DANNY TARKANIAN, in his individual and official capacity; COMMISSIONER SHARLA HALES, in her individual and official capacity; COMMISSIONER NATHAN TOLBERT, in his individual and official capacity; DOES 1 THROUGH 100, AND DOES AND ROES CORPORATIONS 1 THROUGH 100 inclusive.<br><br>Defendant(s). | Case No.: 3:25-cv-00062-MMD-CLB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE, AND TO EXTEND DEADLINE TO FILE JOINT CASE MANAGEMENT REPORT**<br>(First Request) |

Pursuant to **Federal Rule of Civil Procedure 6(b)** and **Local Rules IA 6-1 and 7-1**, Plaintiff SS MANAGEMENT, LLC ("Plaintiff"), by and through its counsel of record, Jordan K. Laub, Esq., and Defendants DOUGLAS COUNTY and COMMISIONER(S) WESLEY RICE, MARK GARDNER, DANNY TARKANIAN,

SHARLA HALES, AND NATHAN TOLBERT ("Defendants"), by and through its counsel of record, Zachary J. Wadle, Esq., hereby stipulate and agree as follows:

1. On or about April 15, 2025, Defendants filed a Motion to Dismiss and a Request for Judicial Notice.

2. Plaintiff's counsel is currently out of the country and unavailable due to a pre-planned vacation, with limited access to court filings and legal resources, and will return on or about May 10, 2025.

3. The parties have conferred and agree that Plaintiff shall have until **May 24, 2025**, to file its opposition(s) to Defendants' Motion to Dismiss and Request for Judicial Notice.

4. Pursuant to the Court's April 15, 2025 Order (ECF No. 15), the parties are also required to submit a Joint Case Management Report by **May 30, 2025**. Due to Plaintiff's counsel's unavailability until May 10, the parties stipulate to extend the deadline to file the Joint Case Management Report to **June 14, 2025**, to allow sufficient time for a meaningful meet-and-confer process and preparation.

5. This is the first request for extension of these deadlines. This stipulation is made in good faith and not for the purpose of delay.

6. This stipulated extension does not alter the date of any hearing currently scheduled in this matter.

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
DATED: April 28, 2025

Dated: April 24, 2025
/s/ Jordan K. Laub
**JORDAN K. LAUB, ESQ.**
Attorney for Plaintiff, SS Management, LLC

Dated: April 23, 2025
/s/ Zachary J. Wadle
**ZACHARY J. WADLÉ, ESQ.**
Deputy District Attorney
Attorney for Defendants
Douglas County and Commissioners